

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00081-CV

## IN RE AP GULF STATES, INC.

---

## Original Proceeding

---

# ORDER

---

A response is requested to the Motion for Rehearing filed by Real Party In Interest Coryell County Memorial Hospital Authority. *See* TEX. R. APP. P. 49.2. Any response must be filed with the Clerk of this Court within seven (7) days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Order requesting response
Order issued and filed April 19, 2019

